UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

D-1  DAVID BRIAN STONE, et al.

    Defendants.

_____/

CRIMINAL NO. 2:10-cr-20123

HON. VICTORIA A. ROBERTS

**DEFENDANT DAVID BRIAN STONE'S NOTICE OF JOINDER/CONCURRENCE IN DEFENDANT DAVID B. STONE, JR.'S REQUEST AND NOTICES IN COMPLIANCE WITH STANDING ORDER FOR DISCOVERY AND INSPECTION**

NOW COMES defendant, David Brian Stone, by and through his counsel, William W. Swor, and hereby joins and concurs with Defendant, David B. Stone, Jr.'s Request and Notices in Compliance with the Standing Order for Discovery and Inspection (Docket No. 94).

Respectfully Submitted,

/s William W. Swor
William W. Swor (P21215)
*Attorney for David Brian Stone*
3060 Penobscot Building
645 Griswold Street
Detroit, Michigan  48226
(313) 967-0200
wwswor@wwnet.net

Dated:  May 4, 2010