UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

D-1 DAVID BRIAN STONE,
D-2 DAVID BRIAN STONE, JR.,
D-3 JOSHUA MATTHEW STONE,
D-4 TINA MAE STONE,
D-5 JOSHUA JOHN CLOUGH,
D-6 MICHAEL DAVID MEEKS,
D-7 THOMAS WILLIAM PIATEK,
D-8 KRISTOPHER T. SICKLES,
D-9 JACOB J. WARD,

    Defendants.

Criminal No. 10-20123

Honorable Victoria A. Roberts

---

## NOTICE OF APPEAL

---

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Sixth Circuit from the Order Granting Defendants' Motions for Revocation of Detention Orders (R. 137), entered in this action on May 3, 2010.

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

*s/ Ronald W. Waterstreet*
RONALD W. WATERSTREET

*s/ Joseph L. Falvey*
JOSEPH L. FALVEY
Assistant U.S. Attorneys
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9593

Dated: May 5, 2010