UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

D-1 DAVID BRIAN STONE,
D-2 DAVID BRIAN STONE, JR.,
D-3 JOSHUA MATTHEW STONE,
D-4 TINA MAE STONE,
D-5 JOSHUA JOHN CLOUGH,
D-6 MICHAEL DAVID MEEKS,
D-7 THOMAS WILLIAM PIATEK,
D-8 KRISTOPHER T. SICKLES,
D-9 JACOB J. WARD,

        Defendants.
_____/

CRIMINAL NO. 10-20123

HON. VICTORIA A. ROBERTS

## STIPULATED PRETRIAL SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America and the defendants, through their respective counsel of record herein, as follows:

1. The United States will have substantially complied with the requirements of Federal Rules of Criminal Procedure 16 (a)(1) by May 21, 2010, by providing the defense counsel the information described therein, except as discussed below.

    a. Examinations and tests of various tangible objects seized from the defendants are ongoing. The results of these examinations and tests will be provided to the defendants as they become available. Summaries of any expert witnesses will similarly be provided upon receipt of such reports.

1

b.  The United States will provide a list of, and begin permitting defendants to inspect, copy, or photocopy, any books, papers, documents, data, photographs, tangible objects, buildings or places, or copies of portions of any of these items, within the possession, custody, or control of the United States, as required by Federal Rule of Criminal Procedure 16(a)(1)(E), and *Brady v. Maryland*, 373 U.S. 83 (1963), *United States v. Agurs*, 427 U.S. 97 (1976), and *Giglio v. United States*, 405 U.S. 105 (1972), by May 21, 2010, and continuing thereafter as such material comes into the possession, custody, or control of the United States.

2. The Court shall fix a motion cut-off date no earlier than August 19, 2010, and will fix other dates thereafter.

3. To the extent that the United States is unable to meet the above deadline, the Court will consider a request by the defendants for additional time to file pretrial motions.

4. The parties further stipulate that the Indictment contains allegations which are both factually and legally complex, and that the discovery in this case involves a significant number of recordings and tangible evidence requiring review and inspection by defense counsel. Based on the foregoing, the parties stipulate and agree that the period from the date of this stipulation, May 17, 2010, until the agreed upon motion cut-off date, August 19, 2010, shall be deemed excludable delay pursuant to the Speedy Trial Act.

SO STIPULATED:

| | |
|---|---|
| s/William Swor<br>WILLIAM SWOR<br>Attorney for David Stone | s/Joseph L. Falvey, Jr.<br>JOSEPH L. FALVEY, JR.<br>Assistant U.S. Attorney |
| s/Richard Helfrick<br>RICHARD HELFRICK<br>Attorney for David Stone Jr. | s/Ronald W. Waterstreet<br>RONALD W. WATERSTREET<br>Assistant U.S. Attorney |
| s/Todd Shanker<br>TODD SHANKER<br>Attorney for David Stone Jr. | s/James Thomas<br>JAMES THOMAS<br>Attorney for Joshua Stone |
| s/Michael Rataj<br>MICHAEL RATAJ<br>Attorney for Tina Stone | s/Randall Roberts<br>RANDALL ROBERTS<br>Attorney for Joshua Clough |
| s/Mark Satawa<br>MARK SATAWA<br>Attorney for Michael Meeks | s/Arthur Weiss<br>ARTHUR WEISS<br>Attorney for Thomas Piatek |
| s/Henry Scharg<br>HENRY SCHARG<br>Attorney for Kristopher Sickles | s/Christopher Seikaly<br>CHRISTOPHER SEIKALY<br>Attorney for Jacob Ward |

IT IS ORDERED.

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: May 19, 2010

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 19, 2010.

s/Carol A. Pinegar
Deputy Clerk

---