UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,          CRIMINAL NO. 10-CR-20123

v.          HONORABLE VICTORIA A. ROBERTS

DAVID BRIAN STONE, JR., et al.,

          Defendants.
_____/

## NOTICE OF SECOND FORFEITURE BILL OF PARTICULARS

NOW COMES the United States of America, by and through BARBARA L. MCQUADE, United States Attorney and JULIE A. BECK, Assistant United States Attorney, and submits this Second Forfeiture Bill of Particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure to clarify the criminal forfeiture allegations included in the Second Superseding Indictment and to specify assets subject to criminal forfeiture.

The items listed in subparagraph D numbers 1-12 of the original Forfeiture Bill of Particulars (*docket # 294*) have previously been administratively forfeited and the United States will not seek criminal forfeiture of these items, which include the following:

D.    **Assorted Vision and Scope Equipment**, including:

    1)    One pair of Bushnell binoculars;

    2)    One BEC, Inc., Gold label scope, BEC # AR39X42WA;

    3)    One Leupold M8-2X scope;

    4)    Five (5) BSA air rifle 7x32AQ scopes;

5) One Simmons 4 x 32 scope;

6) One Busnell Banner II 3x9 scope;

7) One Butler-Creek, model WTC89D scope;

8) One Tasco 3-9x32 scope;

9) One generic rifle scope, Serial Number 000274;

10) Three (3) generic rifle scopes;

11) Nine (9) scope covers;

12) One generic rifle scope with mount, Serial Number 07120100;

    Respectfully submitted,

    BARBARA L. MCQUADE
    United States Attorney

    s/Julie A. Beck
    Assistant United States Attorney
    211 W. Fort Street, Suite 2001
    Detroit, Michigan 48226
    (313) 226-9717
    julie.beck@usdoj.gov
    (P-53291)

Dated: August 16, 2011